

| **DENIED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. |
|---|---|

*Robert C Erler*

**Robert Erler**
**District Court Magistrate**
DATE OF ORDER INDICATED ON ATTACHMENT

---

DISTRICT COURT, EL PASO COUNTY, COLORADO
Court Address: 270 S. Tejon
              Colorado Springs, CO 80903
Phone Number: (719) 488-7650

BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-3 ASSET BACKED NOTES,

Applicant,

v.

DIANA SLADEK,

Defendant.

Attorney for Defendant:
Diana L. Sladek, pro se
15720 Teak Pl.
Elbert, CO 80106
Phone Number: (719) 260-1756
Fax Number: (719) 599-8339:

EFILED Document
CO El Paso County District Court 4th JD
Filing Date: Jul 18 2011 11:01AM MDT
Filing ID: 38736776
Review Clerk: Katie Richardson

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

**ROB**

JUN 2 4 2011

LYNETTE D. COLLINS
CLERK OF COURT

☐ COURT USE ONLY

Case Number: 2010CV5644

Div.: V   Courtroom:

---

**MOTION TO VACATE ALL PREVIOUS ORDERS
OF THIS COURT, IMPOSE SANCTIONS AND
VACATE RULE 120 PROCEEDINGS**

COMES NOW Defendant, pro se, and submits her Motion to Vacate all Previous Orders of this Court, Impose Sanctions and Vacate Rule 120 Proceedings as follows:

1.  In all prior pleadings and hearings in this Court it was represented that BOA was the proper party in this action and had standing to proceed.
2.  Attached hereto is the Affidavit of Dennis J. Sladek who has dealt extensively with BOA and has learned that BOA has no involvement in this action whatsoever.
3.  Opposing counsel has clearly misrepresented the true parties in this action to this Court.
4.  Defendant would request that this Court impose sanctions against the law firm of opposing counsel for their egregious actions in this case. Opposing counsel should have done

things properly instead of its slipshod approach.

5.  Defendant would ask that this Court vacate and dismiss the Rule 120 proceedings as the parties have been intentionally misrepresented.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted this 24th day of June. 2011.

Diana L. Sladek

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was served by mail this 24th day of June, 2011, upon:

Randall Chin
1199 Bannock Street
Denver, CO 80204

## AFFIDAVIT OF DENNIS J. SLADEK

STATE OF COLORADO)
                            )ss:
COUNTY OF EL PASO )

I hereby swear and affirm under oath that:

1. I am the Affiant herein and am over the age of 18.

2. I wrote to the CEO and President of Bank of America regarding the situation with my wife, Diana, and the mortgage that she has on the property at 15720 Teak Place, Elbert, CO 80106.

3. The matter was handled by the office of the CEO and President, specifically, Yolanda Stewart and Patty Borja.

4. I personally faxed to them a copy of a pleading in Case No. 10CV7030 and a copy of a notice of foreclosure prepared by the El Paso County Public Trustee.

5. During my discussions and dealings with them, the following was learned:

   a. a complete search of BOA's records revealed that they were unable to identify any documentation that evidenced any mortgage account with my wife;
   b. a complete search of BOA's records revealed that they had never entered into any financing arrangement with my wife;
   c. a complete search of BOA's records revealed that they had never heard of my wife nor the subject property in question; and
   d. a complete search of BOA's records revealed that they had never heard of the law firm that allegedly represents them in this action, and had never hired that law firm to represent them.

6. Based on my discussions with them, they have no involvement in this action.

Dennis J. Sladek

Subscribed and sworn to before me this __22__ day of June, 2011.

Notary Public

My Commission Expires:
03/06/2012

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Robert C Erler |
| **Current Date:** | Jul 18, 2011 |
| **Case Number:** | 2010CV5644 |
| **Case Name:** | BANK OF AMERICA NATIONAL ASSOCIATION vs. SLADEK, DIANA |
| **Court Authorizer:** | Robert C Erler |

**/s/ Judge Robert C Erler**