**GRANTED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



**Robert Erler**
**District Court Magistrate**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO El Paso County District Court 4th JD
Filing Date: Mar 22 2011 8:25AM MDT
Filing ID: 36603286
Review Clerk: Katie Richardson

DISTRICT COURT, EL PASO COUNTY, COLO.

**Court Address:** 270 South Tejon Street, Colorado Springs, CO 80903

IN THE MATTER OF THE APPLICATION OF BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-3 ASSET BACKED NOTES FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE FOR EL PASO COUNTY, STATE OF COLORADO, TO SELL CERTAIN REAL ESTATE CONTAINED IN A DEED OF TRUST.

▲ COURT USE ONLY ▲

Case No. 10CV5644/Div. V

**ORDER GRANTING MOTION TO PRESENT TELEPHONIC TESTIMONY**

THIS MATTER having come before the Court on Petitioner's Motion to Present Telephonic Testimony by a representative of Petitioner, and having been duly advised in the premises thereof, hereby,

ORDERS, ADJUDGES and DECREES that the Petitioner's Motion for Telephonic Testimony is GRANTED, and Petitioner's representative may appear telephonically and present testimony at the Rule 120 hearing.

Dated: _____.

BY THE COURT:

_____
District Court Judge/Magistrate

| | |
|---|---|
| **This document constitutes a ruling of the court and should be treated as such.** | |
| Court: | CO El Paso County District Court 4th JD |
| Judge: | Robert C Erler |
| File & Serve Transaction ID: | 35831639 |
| Current Date: | Mar 22, 2011 |
| Case Number: | 2010CV5644 |
| Case Name: | BANK OF AMERICA NATIONAL ASSOCIATION vs. SLADEK, DIANA |
| Court Authorizer: | Robert C Erler |

/s/ **Judge Robert C Erler**