

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

Robert Erler
District Court Magistrate
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO El Paso County District Court 4th JD
Filing Date: Apr 12 2011 4:03PM MDT
Filing ID: 37002442
Review Clerk: Katie Richardson

| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 South Tejon Street<br>Colorado Springs, CO 80903<br>719-488-7650 | |
| IN THE MATTER OF THE APPLICATION OF BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-3 ASSET BACKED NOTES FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE FOR EL PASO COUNTY, STATE OF COLORADO, TO SELL CERTAIN REAL ESTATE CONTAINED IN A DEED OF TRUST. | COURT USE ONLY<br><br>Case No. 10CV5644<br><br>Division V |
| Attorney for Petitioner:<br>Susan J. Hendrick, No. 33196<br>Andrea Rickles-Jordan, No. 39005<br>Aronowitz & Mecklenburg, LLP<br>1199 Bannock Street<br>Denver, CO 80204<br>Telephone: 303-813-1177<br>Telecopier: 303-813-1107 | |
| **ORDER RE: MOTION TO STRIKE**<br>**"DEFENDANT'S MOTION TO DISMISS AND DECLARATORY JUDGMENT"** | |

The Court, on motion of Petitioner, Bank of America, National Association, as Successor by Merger to LaSalle Bank National Association, as Indenture Trustee, on behalf of the Holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes ("Bank of America"), to strike *Defendant's Motion to Dismiss and Declaratory Judgment* pursuant to C.R.C.P. 12(f), being adequately advised ORDERS *Defendant's Motion to Dismiss and Declaratory Judgment* is stricken as immaterial and impertinent.

Dated April \_\_\_\_\_, 2011.

                                        BY THE COURT

                                        By:_____
                                        Robert C Erler, District Court Judge

| | |
|---|---|
| **This document constitutes a ruling of the court and should be treated as such.** | |
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Robert C Erler |
| **File & Serve Transaction ID:** | 36950353 |
| **Current Date:** | Apr 12, 2011 |
| **Case Number:** | 2010CV5644 |
| **Case Name:** | BANK OF AMERICA NATIONAL ASSOCIATION vs. SLADEK, DIANA |
| **Court Authorizer:** | Robert C Erler |

/s/ **Judge Robert C Erler**