

| GRANTED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *Robert C Erler* |
|---|---|---|

**Robert Erler**
**District Court Magistrate**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO El Paso County District Court 4th JD
Filing Date: Apr 26 2011 3:31PM MDT
Filing ID: 37254727
Review Clerk: Katie Richardson

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:270 South Tejon Street Colorado Springs, CO 80903<br><br>IN THE MATTER OF THE APPLICATION OF BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-3 ASSET BACKED NOTES, FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE FOR EL PASO COUNTY, STATE OF COLORADO, TO SELL CERTAIN REAL ESTATE CONTAINED IN A DEED OF TRUST. | ▲ COURT USE ONLY ▲<br><br>Case Number:<br>2010 CV<br><br>Div.:          Ctrm: |

| ORDER AUTHORIZING SALE |
|---|

THE REVIEW AND HEARING IN THIS MATTER having been completed by the Court on October 26, 2010:

WHEREAS, Diana Sladek, Grantor(s) by Deed of Trust dated July 27, 2005, and recorded August 03, 2005 as Reception No. 205118913, in the records of the County of El Paso, Colorado, to secure to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Accredited Home Lenders, Inc., the payment of a Negotiable Instrument of even date therewith for the principal sum of $280,000.00, as provided in said Deed of Trust, conveyed to the El Paso County Public Trustee, on the terms set forth in said Negotiable Instrument and Deed of Trust, the following described real property ("Property") situate in said County to-wit:

LOT 15, IN A REPLAT OF A PORTION OF WOODLAKE FILING NO. 1 - 2ND FILING, EL PASO COUNTY, COLORADO, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK L-3 AT PAGE 49.

WHICH HAS THE ADDRESS OF : 15720 Teak Place, Elbert, CO 80106
　　　THE COURT FINDS that there is reasonable probability that:  a default exists as alleged

in the Motion in order to invoke the power of sale in said Deed of Trust;  that the provisions of C.R.C.P. Rule 120 and the Servicemembers Civil Relief Act, as amended, have been complied with;  that the venue in this action is proper;  and that the order authorizing sale should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a sale of the Property by the Public Trustee in the above said County in the State of Colorado, under a power of sale, pursuant to statute and the provisions of that certain Deed of Trust described above, be and the same hereby is authorized by this Court.

It is further ordered that a return of such sale shall be made to this Court for its approval.

DATED:_____, *nunc pro tunc* to October 26, 2010.

BY THE COURT:

District Judge/Magistrate

Diana Sladek 5050.00080
1.

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Robert C Erler |
| **File & Serve Transaction ID:** | 33506501 |
| **Current Date:** | Apr 26, 2011 |
| **Case Number:** | 2010CV5644 |
| **Case Name:** | BANK OF AMERICA NATIONAL ASSOCIATION vs. SLADEK, DIANA |
| **Court Authorizer:** | Robert C Erler |

/s/ **Judge Robert C Erler**